IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABENA VALENTINE,
DAWN ROCHE

v.  NO. 08CV5994

NATIONAL UNION OF HOSPITAL AND
HEALTH CARE EMPLOYEES AFSCME,
AFL-CIO, DISTRICT 1199C, ET AL

JUDGMENT

FILED
APR 20 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BEFORE RUFE, J.

AND NOW, to wit, this 20TH day of April, 2009, it is ORDERED that in accordance with the Acceptance of Offer and Entry of Judgment filed by Plaintiffs., Judgment is entered in favor of Plaintiff Abena Valentine and against Defendants in the amount of $1,500.00, and in favor of Plaintiff Dawn Roche and against Defendants in the amount of $500.00 plus costs and reasonable attorney's fees accrued to the date of this offer.

BY THE COURT:

ATTEST:

*Richard Sala*
Deputy Clerk