IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABENA VALENTINE, on behalf of herself and other similarly situated employees, et al. <br><br> v. <br><br> NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES AFSCME, AFL-CIO, DISTRICT 1199C, et al. | CIVIL ACTION <br><br><br><br><br><br><br><br> NO. 08-cv-5994 |

## JUDGMENT

AND NOW, this 28th day of October, 2009, judgment is hereby entered in favor of Abena Valentine, on behalf of herself and other similarly situated employees, and Dawn Roche, on behalf of herself and other similarly situated employees, and against National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO, District 1199C, 1199C Training and Upgrading Fund, Henry Nicholas and Health and Technology Training Institute in the amount of $350.00.

*/s/ Michael E. Kunz*
MICHAEL E. KUNZ
CLERK OF COURT